1
2
3
4
5
6
7



8
9
10

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. SA CR 08-00128-JVS |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| JOSE CLEMENTE LARA-SALAS, | ) |
| Defendant. | ) |

The defendant having been arrested in another District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

Lack of bail resources; illegal status.

and

B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: Defendant's criminal history; instant conduct indicates a lack of amenability to supervision.

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 5/19/2014

DOUGLAS F. McCORMICK
United States Magistrate Judge